# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: : NO. 936
:
ORDER ADOPTING RULE 1.22 OF THE : SUPREME COURT RULES DOCKET
PENNSYLVANIA RULES OF ORPHANS' :
COURT PROCEDURE :

# ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of February, 2023, upon the recommendation of the Orphans' Court Procedural Rules Committee; the proposal having been submitted without publication pursuant to Pa.R.J.A. 103(a)(3):

    It is Ordered pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Pennsylvania Rule of Orphans' Court Procedure 1.22 is adopted in the attached form.

    This Order shall be processed in accordance with Pa.R.J.A. 103(b), and shall be effective April 1, 2023.